AO 442 (Rev. 11/11) Arrest Warrant                                                USMS#01811-510

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00110 |
| Brittany Nicole Robinson | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 5/16/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Brittany Nicole Robinson _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:  05/16/2022                                                     2022.05.16
                                                                       17:17:13 -04'00'
                                                                      *Issuing officer's signature*

City and state:     Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-17-2022, and the person was arrested on *(date)* 05-19-2022
at *(city and state)* Indian Land, SC.

Date: 05-19-2022

Arrested by S/A Kelsie Rubino, FBI
*Arresting officer's signature*

By: Bonnie Watters, Records Examiner/Analyst
*Printed name and title*