# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-MJ-00110 (RMM) |
| v. : | |
| : | |
| LINWOOD ALAN ROBINSON SR., : | |
| LINWOOD ALAN ROBINSON II, : | |
| BRITTANY NICOLE ROBINSON, : | |
| BENJAMIN SCOTT ROBINSON, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Anthony Franks is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ *Anthony Franks*
Anthony Franks
Assistant U.S. Attorney
District of Columbia
601 D St, N.W.
Washington, D.C.  20001
Telephone: 314-539-3995
Email: Anthony.Franks@usdoj.gov